IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON


MARIA JOHNSON,

                  Plaintiff(s),

        v.

MATT BERNARD, et al.,

                Defendant(s).

Civil No. 03:22-cv-00803-JR

**AMENDED ORDER**

Pursuant to 28 U.S.C. § 1914, a party seeking to institute a civil action shall pay a filing fee of $350.00 plus an administrative fee of $52.00. An action may proceed without the prepayment of a filing fee only upon a proper application to proceed *in forma pauperis*. *See* 28 U.S.C. § 1915. Further, under Fed. R. Civ. P. 8, the complaint must provide "a short and plain statement of the claim showing that the pleader is entitled to relief" and "a demand for the relief sought." *See* McHenry v. Renne, 84 F.3d 1172, 1176-78 (9th Cir. 1996) (each averment of a pleading must be simple, concise, and direct, stating which defendant is liable for which wrong). Plaintiff neither paid the filing fee nor submitted an application to proceed *in forma pauperis*, and she failed to provide any information in her complaint regarding her claims other than the names of the defendants and the broad legal bases for her lawsuit.

Accordingly, IT IS ORDERED that plaintiff shall submit an amended complaint detailing the factual predicate of her claims, along with a filing fee or an application to proceed *in forma pauperis* within 30 days of the date of this order. Plaintiff's failure to do so will result in the

dismissal of this action.

The Clerk of the Court is DIRECTED to send plaintiff a form application to proceed *in forma pauperis* with this order.

Dated this 7th day of June, 2022.

by     /s/ Jolie A. Russo
                       Jolie A. Russo
                       United States Magistrate Judge